UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BILLY RAY MORRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:20-CV-145-D** |
| ) | |
| ROY COOPER, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusion in the M&R that the court lacks subject-matter jurisdiction and dismisses the complaint. The court GRANTS plaintiff's application to proceed in forma pauperis [D.E. 1], ADOPTS the conclusions in the M&R [D.E. 4], and DISMISSES plaintiff's complaint for lack of subject-matter jurisdiction. Plaintiff must seek relief in state court.

**This Judgment Filed and Entered on July 1, 2020, and Copies To:**

Billy Ray Morrison  (Sent to 438 Blake Road Jackson Spring, NC 27281 via US Mail)

DATE:  PETER A. MOORE, JR., CLERK

July 1, 2020  (By) /s/ Nicole Sellers

Deputy Clerk